**UNITED STATES DISTRICT COURT**            **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| CHRISTOPHER BRIAN COLBERT, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 9:25-CV-200 |
| | § | |
| DIRECTOR, TDCJ-CID, | § | |
| | § | |
| Respondent.. | § | |

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Christopher Brian Colbert, an inmate at the Wynne Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court.  On March 16, 2026, the magistrate judge recommended dismissing this case without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b) (#14).  To date, Petitioner has not filed objections to the report.[1]

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence.  After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

---

[1]    Petitioner received a copy of the Report and Recommendation on April 6, 2026 (doc. #15).

Accordingly, the Report and Recommendation of the United States Magistrate judge (#14) is **ADOPTED**.  A Final Judgment will be entered in this case in accordance with the magistrate judge's recommendations.

SIGNED at Beaumont, Texas, this 18th day of May, 2026.


_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE